## UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
3:26 pm, Sep 10 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Misty Ann Richers<br>*Defendant* | ) ) ) ) ) ) | Case No. 3:25-cr-067 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Misty Ann Richers, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1 - Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), 846

WARRANT ISSUED
CHANDLOR G. COLLINS, Clerk
By: *Rachel Mipler*
DEPUTY CLERK

Date: 09/09/2025

*Issuing officer's signature*

City and state: Davenport, Iowa

Stephen B. Jackson, Jr., Chief U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/10/25, and the person was arrested on *(date)* 9/17/25 at *(city and state)* Burlington, IA.

Date: 9/17/25

*Arresting officer's signature*

Bryce Arnold DUSM
*Printed name and title*